UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------

UNITED STATES OF AMERICA                    ORDER SETTING STATUS
                                                        CONFERENCE


   -against-                                                    CR-02-0728-01 DRH


DEMETRIUS HILL
----------------------------------------------------------x


      IT IS HEREBY ORDERED  that the counsel in the above named case appear before this Court on  **MONDAY, OCTOBER 17, 2005 AT 11:00 AM** at the   United States District Court for the Eastern District of New York, **Courtroom 930, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK.**

**THE AUSA ASSIGNED TO THIS CASE MUST MAKE ALL ARRANGEMENTS TO PRODUCE THE DEFENDANT.**


**NO ADJOURNMENTS WILL BE GRANTED, BARRING EXTRAORDINARY CIRCUMSTANCES. REQUESTS FOR AN ADJOURNMENT MUST BE MADE WRITING, AT LEAST THREE DAYS PRIOR TO  THE SCHEDULED COURT APPEARANCE.**



      SO ORDERED.


                          _____/S/_____
                              DENIS R. HURLEY,
                   UNITED STATES. DISTRICT JUDGE



DATED: Central Islip, New York
        September 30, 2005